UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND TIME TO FILE PROPOSED ESI PROTOCOLS AND PROTECTIVE ORDERS**<br><br>Case No. 2:24-md-03102<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The parties have filed a second Joint Stipulated Motion to Extend Time to File Proposed ESI Protocols and Protective Orders.[1] Based on the parties' stipulation and for good cause shown, the court GRANTS the motion. The parties shall file a stipulated proposed ESI protocol and protective order, or if they cannot agree, individual proposed ESI protocols and protective orders, no later than September 27, 2024.

DATED this 26th day of August, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 72.)