Jason R. Burt (Utah State Bar No. 11200)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: jason.burt@lw.com

*Counsel for Defendants The Church of Jesus Christ of Latter-day Saints and Ensign Peak Advisors, Inc.*

James E. Magleby (Utah Bar No. 7247)
Yevgen Kovalov (Utah Bar No. 16297)
MAGLEBY CATAXINOS, PC
141 West Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: (801) 359-9000
Email: magleby@mcg.law
kovalov@mcg.law

*Interim Liaison Counsel*

*Additional counsel listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **JOINT STIPULATED MOTION TO EXTEND TIME TO FILE PROPOSED ESI PROTOCOLS AND PROTECTIVE ORDERS**<br><br>Case No. 2:24-md-03102-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The Church of Jesus Christ of Latter-day Saints and Ensign Peak Advisors, Inc. (collectively "Defendants"), along with Plaintiffs Daniel Chappell, Masen Christensen, John Oaks, Mark Wilson, Joel Long, Brandall Brawner, Kevin Risdon, Gene Judson, and Michelle Judson (collectively "Plaintiffs," and together with Defendants, the "Parties"), hereby jointly submit this stipulated motion to extend the time to file a proposed ESI protocol and protective order.

The Court's December 5, 2024 Order directs the Parties to file no later than January 10, 2025 a stipulated proposed ESI protocol and protective order, or if they cannot agree, separate proposed ESI protocols and protective orders. *See* Order (MDL Dkt. 123) at 1. The Parties request an additional extension of that deadline, with a new deadline of February 7, 2025. Good cause

1

exists for the extension, including that the Parties have continued to engage in productive negotiations regarding each, exchanged drafts and comments, and conducted multiple conferences regarding the same. The Parties believe, however, that the additional time may allow them to resolve certain areas of disagreement without the need to bring the matters before the Court. Given that discovery is currently stayed, *see* Order (MDL Dkt. 105), an additional extension of the deadline will not have an impact on the case.

Date:  January 8, 2025                    Respectfully submitted,

*/s/  Jason R. Burt*
Jason R. Burt (Utah State Bar No. 11200)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2200
Email:  jason.burt@lw.com

David J. Jordan (Utah State Bar No. 1751)
Wesley F. Harward (Utah State Bar No. 15623)
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, Utah  84111
Telephone: (801) 401-8900
Email:    djordan@foley.com
              wharward@foley.com

Randy T. Austin (Utah State Bar No. 6171)
Wade L. Woodard (Utah State Bar No. 18155)
Justin W. Starr (Utah State Bar No. 10708)
KIRTON MCCONKIE PC
36 South State Street, Suite 1900
Salt Lake City, Utah  84111
Telephone: (801) 328-3600
Email:    raustin@kmclaw.com
              wwoodard@kmclaw.com
              jstarr@kmclaw.com

                                                  Mark S. Mester (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: mark.mester@lw.com

*Counsel for Defendants The Church of Jesus Christ of Latter-day Saints and Ensign Peak Advisors, Inc*

Date: January 8, 2025

*/s/ James E. Magleby* (with permission)
James E. Magleby (Utah Bar No. 7247)
Yevgen Kovalov (Utah Bar No. 16297)
MAGLEBY CATAXINOS & GREENWOOD, PC
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: (801) 359-9000
Email: magleby@mcg.law
       kovalov@mcg.law

Christopher A. Seeger (*pro hac vice*)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
Email: cseeger@seegerweiss.com

Scott A. George (*pro hac vice*)
Frazar W. Thomas (*pro hac vice*)
SEEGER WEISS LLP
325 Chestnut Street, Suite 917
Philadelphia, Pennsylvania 19106
Telephone: (215) 564-2300
Email: sgeorge@seegerweiss.com
       fthomas@seegerweiss.com

Scott A. Kitner (*pro hac vice*)
Martin D. Woodward (*pro hac vice*)
KITNER WOODWARD PLLC
13101 Preston Road, Suite 110
Dallas, Texas 75240
Telephone: (214) 443-4300
Email: scott@kitnerwoodward.com
       martin@kitnerwoodward.com

        Steven A. Schwartz (*pro hac vice*)
        Beena M. McDonald *(pro hac vice)*
        Marissa N. Pembroke (*pro hac vice*
        CHIMICLES SCHWARTZ KRINER &
        DONALDSON-SMITH LLP
        361 West Lancaster Avenue
        Haverford, Pennsylvania  19041
        Telephone:  (610) 642-8500
        Email:  steveschwartz@chimicles.com
           bmm@chimicles.com
           marissapembroke@chimicles.com

        *Interim Liaison Counsel and Interim Class Counsel.*

**CERTIFICATE OF SERVICE**

On this 8th day of January, 2025, I hereby certify that I electronically filed the foregoing JOINT STIPULATED MOTION TO EXTEND TIME TO FILE PROPOSED ESI PROTOCOLS AND PROTECTIVE ORDERS with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all the parties.

                                                          */s/ Jason R. Burt*